UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RODERICK GREER TALLEY                                              PLAINTIFF

V.                                         CIVIL ACTION NO. 3:24-CV-323-KHJ-MTP

GERALD MUMFORD, et al.                                            DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment. The Court dismisses Plaintiff's damages claims with prejudice, and the Court dismisses Plaintiff's injunctive-relief claims without prejudice. This case is closed.

SO ORDERED, this 5th day of August, 2024.

                                                      s/ *Kristi H. Johnson*
                                                      UNITED STATES DISTRICT JUDGE